**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6902**

_____

MYRON RODERICK NUNN,

                    Plaintiff - Appellant,

          v.

N.C. LEGISLATION; FRANK L. PERRY; GEORGE T. SOLOMON; FINESSE
COUCH; TODD PINION; ROBERT JONES; BELINDA DUDLEY; RICHARD
NEELY; DEAN LOCKLEAR; TIM CURLY; ROBERT WILLIAMS; JAMES
HOLMES; ANGIE BENGE; JEFF WILKERSON; MRS. CAMERON; MR.
SANDERS; MR. MCCLAIN; DR. MILTON D. WESTBERG; NURSE NELSON;
DR. LANCE; NC DPS UTILIZATION REVIEW BOARD; MR. PRICE; MS.
CLARK; COL RESPASS; RICKY MATTHEWS,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:14-ct-03190-FL)

_____

Submitted:  October 15, 2015        Decided:  October 20, 2015

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Myron Roderick Nunn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Myron Roderick Nunn appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nunn v. N.C. Legislation, No. 5:14-ct-03190-FL (E.D.N.C. April 15, 2015; June 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED